UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| 252 WOLFROCK REALTY REDEMPTION COMPANY; JOHN AINSWORTH AND LAUREN DALEY-AINSWORTH A/K/A LAUREN DALEY,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-5,<br><br>Defendant | CIVIL ACTION NO. 1:16-cv-00126 |

## **WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-5'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-5, Asset-Backed Certificates, Series 2005-5 incorrectly captioned as Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-5 ("Wells Fargo as Trustee"), herby moves this Court to dismiss the Complaint filed by Plaintiffs 252 Wolfrock Realty Redemption Company, John Ainsworth and Lauren Daley-Ainsworth a/k/a Lauren Daley.

In support of the instant motion, Wells Fargo as Trustee submits the accompanying Memorandum of Law.

WHEREFORE, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-5, Asset-Backed Certificates, Series 2005-5 incorrectly captioned as Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-5, respectfully requests that the Court dismiss the Complaint filed by Plaintiffs 252 Wolfrock Realty

Redemption Company, John Ainsworth and Lauren Daley-Ainsworth a/k/a Lauren Daley, and enter judgment in its favor.

Respectfully submitted,
WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-5, ASSET-BACKED CERTIFICATES, SERIES 2005-5
By: Its Attorneys

/s/ *Samuel C. Bodurtha*
Maura K. McKelvey, Bar No. 6770
Samuel C. Bodurtha, Bar No. 7075
Matthew R. Shechtman, Bar No. 8397
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
617-213-7001 (facsimile)

Dated: April 22, 2016

## HEARING REQUEST

In accordance with LR, D.R.I. 7(e), Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-5, Asset-Backed Certificates, Series 2005-5 incorrectly captioned as Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-5, requests a hearing on its Motion to Dismiss and estimate that one hour will be required.

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 22, 2016.

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha
