# EXHIBIT B

INST: 00000336
BK: 395 PG: 177

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that Sand Canyon Corporation f/k/a Option One Mortgage Corporation, which is organized and existing under the laws of United States of America

FOR VALUE RECEIVED, hereby grants, assigns and transfers to Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-5, Asset-Backed Certificates, Series 2005-5, located in c/o American Home Mortgage Servicing, Inc. at 1525 S. Belt Line Rd, Coppell, TX 75019.

All of the right, title, interest of said that Sand Canyon Corporation f/k/a Option One Mortgage Corporation in and to and under that certain Mortgage dated August 23, 2005, executed by John Ainsworth and Lauren Daley-Ainsworth and recorded with the Town of Exeter Land Evidence Records at Book 274, Page 40 describing the land therein as 252 Wolfrock Road, Exeter, RI 02822

IN WITNESS WHEREOF, Sand Canyon Corporation f/k/a Option One Mortgage Corporation has caused these presents to be signed by its duly authorized officer and its corporate seal to be hereunto affixed, this _____ day of _FEBRUARY_____, 2011.

IN THE PRESENCE OF:        Sand Canyon Corporation f/k/a Option One Mortgage
                           Corporation

_Sabrinia Wyche_           Name: Joseph Kaminski
                           Title: Assistant Secretary

STATE OF _Florida_
COUNTY OF _Duval_

On _Feb 18th 2011_ before me, _Gerhard V Heckermann_ personally appeared _Joseph Kaminski_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) in the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

NOTARY PUBLIC SIGNATURE
Gerhard V Heckermann

GERHARD V. HECKERMANN
Notary Public - State of Florida
My Comm. Expires Sep 23, 2012
Commission # DD 818644

NOTARY PUBLIC SEAL

RECEIVED FOR RECORD
EXETER, RI
Mar 14, 2011 03:01:36P
BOOK: 395 PAGE: 177
LYNN M. HAWKINS
TOWN CLERK

*26020*
C 96.0169