# EXHIBIT C

**ABLITT|SCOFIELD, P.C.**
304 Cambridge Road
Woburn, MA 01801
Telephone: 781-246-8995
Fax: 781-246-8994

Sent via CERTIFIED MAIL No. 7012 2920 0002 1977 5136

June 18, 2013

Lauren Daley-Ainsworth
252 Wolfrock Road
Exeter, RI 02822-5202

**RE:**   Mortgage on 252 Wolfrock Road, Exeter, RI 02822-5202
Mortgage from John Ainsworth a/k/a John M. Ainsworth and Lauren Daley-Ainsworth to
Option One Mortgage Corporation in the original principal amount of $310,250.00.

### NOTICE OF ACCELERATION
**252 Wolfrock Road, Exeter, RI 02822-5202**

Dear Sir or Madam:

ABLITT|SCOFIELD, P.C. has been retained to represent the holder of the Note and
Mortgage on the above referenced property. Our client has informed us that you are presently in
default under the terms of your Note and Mortgage secured by the property referenced above.
Specifically, you have failed to make payments on this Note as agreed.

Our client has requested that we invoke the STATUTORY POWER OF SALE provision
contained in the mortgage and commence foreclosure proceedings. You have certain rights,
including the right to reinstate and the right to bring court action to assert the nonexistence of
default or any other defense you may have to the proposed acceleration and sale. WE ADVISE
THAT YOU SEEK THE ASSISTANCE OF COUNSEL. Again, at any time after acceleration
and before the sale of the property you have the right to reinstate or payoff your loan. Our client
also reserves its right, if not precluded by applicable bankruptcy laws, to pursue a deficiency
action after foreclosure.

In addition, you are hereby advised that the mortgage secures any and all other
obligations and liabilities of the Mortgagor to the Lender or Holder of the note under the terms of
the note, including, without limitation, cost of collection and attorneys' fees.

You are hereby notified that if your promissory note contains language permitting the
holder of said note to accelerate the entire balance due in the event of a default, the holder does
hereby elect to accelerate said note and declare the entire balance due and payable forthwith and
without further notice.



If you need any information regarding your loan, you may contact our office at (781) 246-8995.

> Sincerely,
> Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-5, Asset-Backed Certificates, Series 2005-5
> By its attorneys,
> Ablitt|Scofield, P.C.
> C96.0169

**ABLITT|SCOFIELD, P.C.**
304 Cambridge Road
Woburn, MA 01801
Telephone: 781-246-8995
Fax: 781-246-8994

June 18, 2013

Lauren Daley-Ainsworth
P.O. Box 5286
Wakefield, RI 02880

**RE:**   Mortgage on 252 Wolfrock Road, Exeter, RI 02822-5202
Mortgage from John Ainsworth a/k/a John M. Ainsworth and Lauren Daley-Ainsworth to
Option One Mortgage Corporation in the original principal amount of $310,250.00.

**NOTICE OF ACCELERATION**
**252 Wolfrock Road, Exeter, RI 02822-5202**

Dear Sir or Madam:

ABLITT|SCOFIELD, P.C. has been retained to represent the holder of the Note and
Mortgage on the above referenced property. Our client has informed us that you are presently in
default under the terms of your Note and Mortgage secured by the property referenced above.
Specifically, you have failed to make payments on this Note as agreed.

Our client has requested that we invoke the STATUTORY POWER OF SALE provision
contained in the mortgage and commence foreclosure proceedings. You have certain rights,
including the right to reinstate and the right to bring court action to assert the nonexistence of
default or any other defense you may have to the proposed acceleration and sale. WE ADVISE
THAT YOU SEEK THE ASSISTANCE OF COUNSEL. Again, at any time after acceleration
and before the sale of the property you have the right to reinstate or payoff your loan. Our client
also reserves its right, if not precluded by applicable bankruptcy laws, to pursue a deficiency
action after foreclosure.

In addition, you are hereby advised that the mortgage secures any and all other
obligations and liabilities of the Mortgagor to the Lender or Holder of the note under the terms of
the note, including, without limitation, cost of collection and attorneys' fees.

You are hereby notified that if your promissory note contains language permitting the
holder of said note to accelerate the entire balance due in the event of a default, the holder does
hereby elect to accelerate said note and declare the entire balance due and payable forthwith and
without further notice.

If you need any information regarding your loan, you may contact our office at (781)
246-8995.



Sincerely,
Wells Fargo Bank, National
Association as Trustee for
Option One Mortgage Loan
Trust 2005-5, Asset-Backed
Certificates, Series 2005-5
By its attorneys,
Ablitt|Scofield, P.C.
C96.0169

**ABLITT|SCOFIELD, P.C.**
304 Cambridge Road
Woburn, MA 01801
Telephone: 781-246-8995
Fax: 781-246-8994

Sent via CERTIFIED MAIL No.7012 0470 0000 4025 7494

June 18, 2013

John Ainsworth a/k/a John M. Ainsworth
252 Wolfrock Road
Exeter, RI 02822-5202

**RE:**   Mortgage on 252 Wolfrock Road, Exeter, RI 02822-5202
Mortgage from John Ainsworth a/k/a John M. Ainsworth and Lauren Daley-Ainsworth to
Option One Mortgage Corporation in the original principal amount of $310,250.00.

## NOTICE OF ACCELERATION
### 252 Wolfrock Road, Exeter, RI 02822-5202

Dear Sir or Madam:

ABLITT|SCOFIELD, P.C. has been retained to represent the holder of the Note and
Mortgage on the above referenced property. Our client has informed us that you are presently in
default under the terms of your Note and Mortgage secured by the property referenced above.
Specifically, you have failed to make payments on this Note as agreed.

Our client has requested that we invoke the STATUTORY POWER OF SALE provision
contained in the mortgage and commence foreclosure proceedings. You have certain rights,
including the right to reinstate and the right to bring court action to assert the nonexistence of
default or any other defense you may have to the proposed acceleration and sale. WE ADVISE
THAT YOU SEEK THE ASSISTANCE OF COUNSEL. Again, at any time after acceleration
and before the sale of the property you have the right to reinstate or payoff your loan. Our client
also reserves its right, if not precluded by applicable bankruptcy laws, to pursue a deficiency
action after foreclosure.

In addition, you are hereby advised that the mortgage secures any and all other
obligations and liabilities of the Mortgagor to the Lender or Holder of the note under the terms of
the note, including, without limitation, cost of collection and attorneys' fees.

You are hereby notified that if your promissory note contains language permitting the
holder of said note to accelerate the entire balance due in the event of a default, the holder does
hereby elect to accelerate said note and declare the entire balance due and payable forthwith and
without further notice.



If you need any information regarding your loan, you may contact our office at (781) 246-8995.

Sincerely,
Wells Fargo Bank, National
Association as Trustee for
Option One Mortgage Loan
Trust 2005-5, Asset-Backed
Certificates, Series 2005-5
By its attorneys,
Ablitt|Scofield, P.C.
C96.0169

**ABLITT|SCOFIELD, P.C.**
304 Cambridge Road
Woburn, MA 01801
Telephone: 781-246-8995
Fax: 781-246-8994

June 18, 2013

John Ainsworth a/k/a John M. Ainsworth
252 Wolfrock Road
Exeter, RI 02822-5202

**RE:**   Mortgage on 252 Wolfrock Road, Exeter, RI 02822-5202
Mortgage from John Ainsworth a/k/a John M. Ainsworth and Lauren Daley-Ainsworth to
Option One Mortgage Corporation in the original principal amount of $310,250.00.

## NOTICE OF ACCELERATION
### 252 Wolfrock Road, Exeter, RI 02822-5202

Dear Sir or Madam:

ABLITT|SCOFIELD, P.C. has been retained to represent the holder of the Note and
Mortgage on the above referenced property. Our client has informed us that you are presently in
default under the terms of your Note and Mortgage secured by the property referenced above.
Specifically, you have failed to make payments on this Note as agreed.

Our client has requested that we invoke the STATUTORY POWER OF SALE provision
contained in the mortgage and commence foreclosure proceedings. You have certain rights,
including the right to reinstate and the right to bring court action to assert the nonexistence of
default or any other defense you may have to the proposed acceleration and sale. WE ADVISE
THAT YOU SEEK THE ASSISTANCE OF COUNSEL. Again, at any time after acceleration
and before the sale of the property you have the right to reinstate or payoff your loan. Our client
also reserves its right, if not precluded by applicable bankruptcy laws, to pursue a deficiency
action after foreclosure.

In addition, you are hereby advised that the mortgage secures any and all other
obligations and liabilities of the Mortgagor to the Lender or Holder of the note under the terms of
the note, including, without limitation, cost of collection and attorneys' fees.

You are hereby notified that if your promissory note contains language permitting the
holder of said note to accelerate the entire balance due in the event of a default, the holder does
hereby elect to accelerate said note and declare the entire balance due and payable forthwith and
without further notice.

If you need any information regarding your loan, you may contact our office at (781)



246-8995.

Sincerely,
Wells Fargo Bank, National
Association as Trustee for
Option One Mortgage Loan
Trust 2005-5, Asset-Backed
Certificates, Series 2005-5
By its attorneys,
Ablitt|Scofield, P.C.
C96.0169

**ABLITT|SCOFIELD, P.C.**
304 Cambridge Road
Woburn, MA 01801
Telephone: 781-246-8995
Fax: 781-246-8994

Sent via CERTIFIED MAIL No. 7012 0470 0000 4025 7487

June 18, 2013

John Ainsworth a/k/a John M. Ainsworth
P.O. Box 5286
Wakefield, RI 02880-5286

**RE:**   Mortgage on 252 Wolfrock Road, Exeter, RI 02822-5202
Mortgage from John Ainsworth a/k/a John M. Ainsworth and Lauren Daley-Ainsworth to
Option One Mortgage Corporation in the original principal amount of $310,250.00.

**NOTICE OF ACCELERATION**
**252 Wolfrock Road, Exeter, RI 02822-5202**

Dear Sir or Madam:

ABLITT|SCOFIELD, P.C. has been retained to represent the holder of the Note and
Mortgage on the above referenced property. Our client has informed us that you are presently in
default under the terms of your Note and Mortgage secured by the property referenced above.
Specifically, you have failed to make payments on this Note as agreed.

Our client has requested that we invoke the STATUTORY POWER OF SALE provision
contained in the mortgage and commence foreclosure proceedings. You have certain rights,
including the right to reinstate and the right to bring court action to assert the nonexistence of
default or any other defense you may have to the proposed acceleration and sale. WE ADVISE
THAT YOU SEEK THE ASSISTANCE OF COUNSEL. Again, at any time after acceleration
and before the sale of the property you have the right to reinstate or payoff your loan. Our client
also reserves its right, if not precluded by applicable bankruptcy laws, to pursue a deficiency
action after foreclosure.

In addition, you are hereby advised that the mortgage secures any and all other
obligations and liabilities of the Mortgagor to the Lender or Holder of the note under the terms of
the note, including, without limitation, cost of collection and attorneys' fees.

You are hereby notified that if your promissory note contains language permitting the
holder of said note to accelerate the entire balance due in the event of a default, the holder does
hereby elect to accelerate said note and declare the entire balance due and payable forthwith and
without further notice.



If you need any information regarding your loan, you may contact our office at (781) 246-8995.

Sincerely,
Wells Fargo Bank, National
Association as Trustee for
Option One Mortgage Loan
Trust 2005-5, Asset-Backed
Certificates, Series 2005-5
By its attorneys,
Ablitt|Scofield, P.C.
C96.0169



**ABLITT|SCOFIELD, P.C.**
304 Cambridge Road
Woburn, MA 01801
Telephone: 781-246-8995
Fax: 781-246-8994

June 18, 2013

John Ainsworth a/k/a John M. Ainsworth
P.O. Box 5286
Wakefield, RI 02880-5286

**RE:**   Mortgage on 252 Wolfrock Road, Exeter, RI 02822-5202
Mortgage from John Ainsworth a/k/a John M. Ainsworth and Lauren Daley-Ainsworth to
Option One Mortgage Corporation in the original principal amount of $310,250.00.

**NOTICE OF ACCELERATION**
**252 Wolfrock Road, Exeter, RI 02822-5202**

Dear Sir or Madam:

ABLITT|SCOFIELD, P.C. has been retained to represent the holder of the Note and
Mortgage on the above referenced property. Our client has informed us that you are presently in
default under the terms of your Note and Mortgage secured by the property referenced above.
Specifically, you have failed to make payments on this Note as agreed.

Our client has requested that we invoke the STATUTORY POWER OF SALE provision
contained in the mortgage and commence foreclosure proceedings. You have certain rights,
including the right to reinstate and the right to bring court action to assert the nonexistence of
default or any other defense you may have to the proposed acceleration and sale. WE ADVISE
THAT YOU SEEK THE ASSISTANCE OF COUNSEL. Again, at any time after acceleration
and before the sale of the property you have the right to reinstate or payoff your loan. Our client
also reserves its right, if not precluded by applicable bankruptcy laws, to pursue a deficiency
action after foreclosure.

In addition, you are hereby advised that the mortgage secures any and all other
obligations and liabilities of the Mortgagor to the Lender or Holder of the note under the terms of
the note, including, without limitation, cost of collection and attorneys' fees.

You are hereby notified that if your promissory note contains language permitting the
holder of said note to accelerate the entire balance due in the event of a default, the holder does
hereby elect to accelerate said note and declare the entire balance due and payable forthwith and
without further notice.

If you need any information regarding your loan, you may contact our office at (781)
246-8995.



Sincerely,
Wells Fargo Bank, National
Association as Trustee for
Option One Mortgage Loan
Trust 2005-5, Asset-Backed
Certificates, Series 2005-5
By its attorneys,
Ablitt|Scofield, P.C.
C96.0169



**ABLITT|SCOFIELD, P.C.**
304 Cambridge Road
Woburn, MA 01801
Telephone: 781-246-8995
Fax: 781-246-8994

June 18, 2013

Lauren Daley-Ainsworth
252 Wolfrock Road
Exeter, RI 02822-5202

RE: Mortgage on 252 Wolfrock Road, Exeter, RI 02822-5202
Mortgage from John Ainsworth a/k/a John M. Ainsworth and Lauren Daley-Ainsworth to
Option One Mortgage Corporation in the original principal amount of $310,250.00.

**NOTICE OF ACCELERATION**
**252 Wolfrock Road, Exeter, RI 02822-5202**

Dear Sir or Madam:

ABLITT|SCOFIELD, P.C. has been retained to represent the holder of the Note and
Mortgage on the above referenced property. Our client has informed us that you are presently in
default under the terms of your Note and Mortgage secured by the property referenced above.
Specifically, you have failed to make payments on this Note as agreed.

Our client has requested that we invoke the STATUTORY POWER OF SALE provision
contained in the mortgage and commence foreclosure proceedings. You have certain rights,
including the right to reinstate and the right to bring court action to assert the nonexistence of
default or any other defense you may have to the proposed acceleration and sale. WE ADVISE
THAT YOU SEEK THE ASSISTANCE OF COUNSEL. Again, at any time after acceleration
and before the sale of the property you have the right to reinstate or payoff your loan. Our client
also reserves its right, if not precluded by applicable bankruptcy laws, to pursue a deficiency
action after foreclosure.

In addition, you are hereby advised that the mortgage secures any and all other
obligations and liabilities of the Mortgagor to the Lender or Holder of the note under the terms of
the note, including, without limitation, cost of collection and attorneys' fees.

You are hereby notified that if your promissory note contains language permitting the
holder of said note to accelerate the entire balance due in the event of a default, the holder does
hereby elect to accelerate said note and declare the entire balance due and payable forthwith and
without further notice.

If you need any information regarding your loan, you may contact our office at (781)



246-8995.

                                                                         Sincerely,
Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-5, Asset-Backed Certificates, Series 2005-5 By its attorneys, Ablitt|Scofield, P.C. C96.0169

**ABLITT|SCOFIELD, P.C.**
304 Cambridge Road
Woburn, MA 01801
Telephone: 781-246-8995
Fax: 781-246-8994

Sent via CERTIFIED MAIL No. 7012 2920 0002 1977 5143

June 18, 2013

Lauren Daley-Ainsworth
P.O. Box 5286
Wakefield, RI 02880

RE:   Mortgage on 252 Wolfrock Road, Exeter, RI 02822-5202
      Mortgage from John Ainsworth a/k/a John M. Ainsworth and Lauren Daley-Ainsworth to
      Option One Mortgage Corporation in the original principal amount of $310,250.00.

**NOTICE OF ACCELERATION**
**252 Wolfrock Road, Exeter, RI 02822-5202**

Dear Sir or Madam:

ABLITT|SCOFIELD, P.C. has been retained to represent the holder of the Note and Mortgage on the above referenced property. Our client has informed us that you are presently in default under the terms of your Note and Mortgage secured by the property referenced above. Specifically, you have failed to make payments on this Note as agreed.

Our client has requested that we invoke the STATUTORY POWER OF SALE provision contained in the mortgage and commence foreclosure proceedings. You have certain rights, including the right to reinstate and the right to bring court action to assert the nonexistence of default or any other defense you may have to the proposed acceleration and sale. WE ADVISE THAT YOU SEEK THE ASSISTANCE OF COUNSEL. Again, at any time after acceleration and before the sale of the property you have the right to reinstate or payoff your loan. Our client also reserves its right, if not precluded by applicable bankruptcy laws, to pursue a deficiency action after foreclosure.

In addition, you are hereby advised that the mortgage secures any and all other obligations and liabilities of the Mortgagor to the Lender or Holder of the note under the terms of the note, including, without limitation, cost of collection and attorneys' fees.

You are hereby notified that if your promissory note contains language permitting the holder of said note to accelerate the entire balance due in the event of a default, the holder does hereby elect to accelerate said note and declare the entire balance due and payable forthwith and without further notice.



If you need any information regarding your loan, you may contact our office at (781) 246-8995.

Sincerely,
Wells Fargo Bank, National
Association as Trustee for
Option One Mortgage Loan
Trust 2005-5, Asset-Backed
Certificates, Series 2005-5
By its attorneys,
Ablitt|Scofield, P.C.
C96.0169