# United States Court of Appeals
## For the First Circuit

No. 16-2040

252 WOLFROCK ROAD REALTY REDEMPTION COMPANY; JOHN AINSWORTH; LAUREN DALEY-AINSWORTH, a/k/a Lauren Daley

Plaintiffs - Appellants

v.

WELLS FARGO BANK, N.A., as Trustee for Option One Mortgage Loan Trust 2005-5

Defendant - Appellee

**JUDGMENT**

Entered: January 23, 2017
Pursuant to 1st Cir. R. 27.0(d)

By notice issued December 9, 2016 appellants were notified that they were in default for failure to file an opening brief. Appellants were warned that unless they filed a brief by December 23, 2016 their appeal would be dismissed for lack of diligent prosecution.

Appellants having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 45.0(a) and 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:
George E. Babcock
Doris Lavallee
Maura Katherine McKelvey
Marissa I. Delinks
Samuel Craig Bodurtha